denying leave to proceed *in forma pauperis* [*ante*, p. 1001] denied. Motion for leave to proceed as a veteran granted. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these motions and this petition. 

No. 10–6799. HAMMOND *v.* TUFAMERICA, INC. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–7432. GALLEGOS *v.* SISTO, WARDEN, ET AL. C. A. 9th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. 

No. 10–7633. HARRISON *v.* HARLEM HOSPITAL ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. 

No. 10–7891. NIBLOCK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–7913. LEA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–7928. MOHAMED *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. 

No. 10–7967. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–10900. JACKSON *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 855;

No. 09–11291. SEARS *v.* McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 872;